AUGUST 14, 1963

**Reap. Dec. 10579.**—P. W. Drittler *v.* United States, Reappraisement dismissed July 10, 1963. Entered at Detroit, Mich. (Not published.) Motion by plaintiff.

AUGUST 19, 1963

**Reap. Dec. 10580.**—Aut Customs Brokers, Inc., a/c Fadex Commercial Corp. *v.* United States, Reappraisement dismissed July 16, 1963. Entered at New York, N.Y. (Not published.) (Initial No. R60/363.) Motion by plaintiff.